IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRENT DUCKWORTH,<br><br>Defendant. | 8:19CR175<br><br>ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |

The defendant appeared before the Court on July 11, 2025 regarding Petition for Offender Under Supervision [67]. Karen Shanahan represented the defendant. Joseph Meyer represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The government made an oral motion to dismiss Petition for Offender Under Supervision [67] without prejudice. The government's oral motion to dismiss Petition for Offender Under Supervision [67] without prejudice is granted without objection.

The defendant shall be released on the current terms and conditions of supervision.

**IT IS SO ORDERED**.

Dated this 11th day of July, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge