IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TRENT DUCKWORTH,

Defendant.

**8:19CR175**

**ORDER ON APPEARANCE FOR
SUPERVISED RELEASE VIOLATION**

The defendant appeared before the Court on July 22, 2025 regarding Petition for Offender Under Supervision [83]. Karen Shanahan represented the defendant. Joseph Meyer represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant is being released pending a final dispositional hearing. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 1:00 p.m. on September 3, 2025.

The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision, and the added conditions that he have no contact with the alleged victim, J.R., and be placed on electronic monitoring with a curfew of 10:00 p.m. to 5:00 a.m.

**IT IS SO ORDERED**.

Dated this 22nd day of July, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge