IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TRENT DUCKWORTH,<br><br>                Defendant. | 8:19CR175<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

      The defendant appeared before the Court on September 22, 2025 regarding Amended Petition for Offender Under Supervision [91].  Karen Shanahan represented the defendant.  Joseph Meyer represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

      The government made an oral motion to dismiss Petition for Offender Under Supervision [83].  The government's oral motion to dismiss Petition for Offender Under Supervision [83] is granted without objection.

      The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing.  Fed. R. Crim. P. 32.1(b)(1)(C).  The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:30 a.m. on November 5, 2025.

      The government did not move for detention.  The defendant shall be released on the current terms and conditions of supervision as set forth in the order at Filing No. 88.  The defendant shall be released from Saunders County Corrections by 8:00 AM on September 23, 2025.

      **IT IS SO ORDERED**.

      Dated this 22nd day of September, 2025.

                                                                                BY THE COURT:

                                                                                 s/ Michael D. Nelson
                                                                                 United States Magistrate Judge