IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TRENT DUCKWORTH,

Defendant.

8:19CR175

ORDER

This matter is before the Court on the government's Motion for Dismissal (Filing No. 107).  The government requests the Court dismiss the Second Amended Petition for Offender Under Supervision (Filing No. 100) as to defendant Trent Duckworth.  The Court finds the Motion should be granted.  Accordingly,

IT IS ORDERED:

1.    The government's Motion for Dismissal (Filing No. 107) is granted.

2.    The Second Amended Petition for Offender Under Supervision (Filing No. 100) is hereby dismissed without prejudice.

Dated this 9th day of February 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge