IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TRENT DUCKWORTH,

Defendant.

8:19CR175

ORDER ON APPEARANCE FOR
SUPERVISED RELEASE VIOLATION

The defendant appeared before the Court on June 10, 2026 regarding Petition for Offender Under Supervision [109]. Karen Shanahan represented the defendant. Patrick McGee represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant requested a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The preliminary hearing is scheduled before U.S. Magistrate Judge Michael D. Nelson in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 3:00 p.m. on June 17, 2026

The government moved for detention based upon risk of flight and danger. The defendant requested a continuance of the detention hearing. The detention hearing is continued to U.S. Magistrate Judge Michael D. Nelson in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 3:00 p.m. on June 17, 2026. The defendant will remain detained pending further order of the court.

**IT IS SO ORDERED**.

Dated this 10th day of June, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge